# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| RONALD PAUL HORNER, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1:16-cv-00054 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| JAMIE GARNER, | ) | MAGISTRATE JUDGE |
| | ) | NEWBERN |
| Defendant. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation on Defendant's motion to dismiss (Doc. No. 24), which was filed on August 23, 2018. (Doc. No. 34). In the Report and Recommendation, the Magistrate Judge recommends Defendant's motion to dismiss be granted without prejudice to Plaintiff filing an amended complaint.

Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Defendant's motion to dismiss is **GRANTED**, and this action is DISMISSED without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE